# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SHOLA ALEXIS KIRNAN,**

        **Plaintiff,**

v.                                                  **Case No: 6:21-cv-932-PGB-DCI**

**NCL CORPORATION LTD.,**

        **Defendant.**

_____/

## ORDER

This case is before the Court upon review of the file. On July 7, 2021, the Court entered an Order Directing Compliance (Doc. 6) directing Plaintiff to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons. Plaintiff was warned that failure to comply with the Order may result in dismissal of the case without further notice. Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed. Therefore, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 27, 2021.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties